FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Thomas Phillip Sayers**

**Docket No. 0:00CR00285-1(ADM)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Thomas Phillip Sayers** who was sentenced on March 9, 2001, by the Honorable Ann D. Montgomery, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug and alcohol aftercare
- Mental health aftercare

Conditions modified on February 26, 2004:
- 25 hours of community service
- Abstain from alcohol and do no frequent establishments

Conditions modified on September 7, 2004:
- 60 days home detention with electronic monitoring

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not illegally possess a controlled substance.

On December 30, 2004, the defendant submitted to a drug test which was positive for THC.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 90 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility. This confinement will be in lieu of the 60 days of home detention previously imposed.

ORDER OF THE COURT

Considered and ordered this 13th day of January, 2005, ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

Respectfully,

Joan L. White
U.S. Probation Officer

Place Bemidji
Date January 12, 2005

SCANNED
JAN 13 2005
U.S. DISTRICT COURT MPLS

c: United States Sentencing Commission