Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Thomas Sayers Phillip Sayers

Docket No. 00-295-001

**HEARING WAIVER**

I, Thomas Phillip Sayers, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with themodification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for a period of 90 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

Signed: Thomas Sayers

Thomas Phillip Sayers
Supervised Releasee

Dated: 1-11-05

Witness: Joan L. White

Joan L. White
U.S. Probation Officer

SCANNED
JAN 13 2005
U.S. DISTRICT COURT MPLS.