UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-285(1)(ADM)

UNITED STATES OF AMERICA,

Plaintiff,

v.

THOMAS PHILLIP SAYERS,

Defendant.

REASSIGNMENT OF CRIMINAL CASE

The above-referenced criminal case has been reassigned as follows:

| Criminal No. | Defendant Name | Remove AUSA | Add AUSA |
|---|---|---|---|
| 00-285(1)(ADM) | Thomas Phillip Sayers | Paul A. Murphy | Joseph T. Walbran |

Dated: 2/22/05

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

s/ Paul A. Murphy

PAUL A. MURPHY
Assistant United States Attorney