ORIGINAL

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
Southeastern Division - District of North Dakota

UNITED STATES OF AMERICA

v.

THOMAS PHILLIP SAYERS
09615-041

COMMITMENT TO ANOTHER DISTRICT

MAGISTRATE JUDGE
CASE NUMBER: M3-05-24

DOCKET NUMBER:
District of Arrest: North Dakota, M3-05-24
District of Offense: Minnesota, CR00285-1 (ADM)

Date of Arrest: 02/18/05

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment ☐ Information ☐ Complaint ☒ Other (specify)Petition on Supervised Release

**charging a violation of ♦ U.S.C. § ♦**

**DISTRICT OF OFFENSE:** Minnesota

**DESCRIPTION OF CHARGES:** Supervised release violation

**IDENTITY:**
☐ Hearing held ☒ Hearing Waived

**CURRENT BOND STATUS:**
☐ Bail Fixed at $♦ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending hearing in District of Offense
☐ Other (specify)

**REPRESENTATION:** ☐ Retained Counsel ☐ Federal Defender Organization ☒ CJA Attorney ☐ None

**INTERPRETER REQUIRED?** ☒ No ☐ Yes Language:

**DISTRICT OF NORTH DAKOTA**

TO: THE UNITED STATES MARSHAL
You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

***HEARING DATE IN DISTRICT OF MN:*** ***Wed., February 23, 2005 at 11:00 AM, before Magistrate Judge Franklin Noel. Mpls.***

Date: February 18, 2005

Karen K Klein
U.S. MAGISTRATE JUDGE KAREN K. KLEIN

**RETURN**

This commitment was received and executed as follows:
DATE COMMITMENT ORDER RECEIVED: 2/22/05
DATE DEFENDANT COMMITTED: 2/22/05
PLACE OF COMMITMENT: D/MN Sherburne County Jail

DATE: 2/22/05
UNITED STATES MARSHAL: Al Garber
(BY) DEPUTY MARSHAL: Patrice M. Dethic