**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Arthur J. Boylan<br>U.S. Magistrate Judge |
| v. | ) | Case No: CR 00-285 ADM<br>Date: March 3, 2005 |
| **Thomas Phillip Sayers (01)**, Defendant. | ) | Court Reporter: None<br>Tape Number: 4-2341-2515<br>Time Commenced: 11:00 a.m.<br>Time Concluded: 11:05 a.m.<br>Time in Court: 5 Minutes |

APPEARANCES:

**Plaintiff:** Joseph Walbran
Assistant U.S. Attorney

**Defendant:** Dan Scott
T FPD 9 CJA 9 Retained T To be appointed

Interpreter: NA // English

Date Charges Filed: February 18, 2005 Offense: Discharged from community corrections center for altercation with another resident.

T Charges read into record 9 Waived Reading of Charges T Advised of Rights

on 9 Indictment 9 Information 9 Complaint Violation of: 9 Pre-trial Release T Supervised Release

**9 Charges from other District** ____________________________________________

T Government moves for detention.
Motion is: T granted, temporary detention ordered 9 denied 9 moot, defendant serving sentence.
Bond set in the amount of $ ____________________ with conditions, see Order Setting Conditions of Release.

Next appearance date is March 7, 2005 at 2:30 p.m. before U.S. Magistrate Judge Arthur J. Boylan for:

9 detention hrg 9 preliminary hrg 9 arraignment 9 removal hrg T preliminary revocation

9 Detention hearing waived 9 Preliminary hearing waived 9 Removal hearing waived

9 Defendant also arraigned at this hearing, see separate arraignment minutes.
Additional Information:

s/Joan Flood

Signature of Judicial Assistant