# UNITED STATES DISTRICT COURT

HEADQUARTERS
220 EAST ROSSER - ROOM 476
BISMARCK - 58501
POST OFFICE BOX 1193
BISMARCK - 58502
TELEPHONE: (701) 530-2300
FACSIMILE: (701) 530-2312

DISTRICT OF NORTH DAKOTA

EDWARD J. KLECKER
CLERK

DIVISIONAL OFFICE
655 1ST AVENUE NORTH - Suite 130
FARGO - 58102-4932
TELEPHONE: (701) 297-7000
FACSIMILE: (701) 297-7005

**FARGO, ND**

March 1, 2005

RECEIVED
BY MAIL
MAR 04 2005
CLERK US DIST COURT
MINNEAPOLIS MN

**Mr. Richard D. Sletten**
**Clerk, U. S. District Court**
**202 U. S. Courthouse**
**300 S. Fourth Street**
**Minneapolis, MN 55415**

Re: Your Criminal No. CR00285-1 (ADM)
Our Magistrate No. M3-05-24 Thomas Phillip Sayers

Rule 5 documents

Dear Mr. Sletten:

The above defendant was arrested in the District of ND on February 18, 2005, and an initial appearance was held before Magistrate Judge Karen K. Klein in Fargo, ND. Pursuant to Rule 40, defendant was ordered removed to your District.

A certified copy of our Docket Sheet, together with the documents in this case, and a copy of the Commitment Order is enclosed.

Please acknowledge receipt of the documents on the enclosed copy of this letter and return to our office for filing. L-returned/JMM

Please contact our office, if you should need anything further.

Thank you.

Sincerely,

EDWARD J. KLECKER, CLERK

By: ____________________
Darlene J. Jose, Deputy

/djj
encls.
cc: Hon. Karen K. Klein, US Magistrate Judge, Fargo, ND
USA
US Marshal
US Probation Office

AO 94 (Rev. 8/97) Commitment to Another Distric

# UNITED STATES DISTRICT COURT
Southeastern Division - District of North Dakota

UNITED STATES OF AMERICA

v.

THOMAS PHILLIP SAYERS

**COMMITMENT TO ANOTHER DISTRICT**

MAGISTRATE JUDGE
CASE NUMBER: M3-05-24

DOCKET NUMBER:
District of Arrest: North Dakota, M3-05-24
District of Offense: Minnesota, CR00285-1 (ADM)

Date of Arrest: 02/18/05

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment ☐ Information ☐ Complaint ☒ Other (specify)Petition on Supervised Release

**charging a violation of ♦ U.S.C. § ♦**

**DISTRICT OF OFFENSE:** Minnesota

**DESCRIPTION OF CHARGES:** Supervised release violation

**IDENTITY:**

☐ Hearing held ☒ Hearing Waived

**CURRENT BOND STATUS:**

☐ Bail Fixed at $♦ and conditions were not met

☐ Government moved for detention and defendant detained after hearing in District of Arrest

☒ Government moved for detention and defendant detained pending hearing in District of Offense

☐ Other (specify)

**REPRESENTATION:** ☐ Retained Counsel ☐ Federal Defender Organization ☒ CJA Attorney ☐ None

**INTERPRETER REQUIRED?** ☒ No ☐ Yes Language:

**DISTRICT OF NORTH DAKOTA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

***HEARING DATE IN DISTRICT OF MN:*** *Wed., February 23, 2005 at 11:00 AM, before Magistrate Judge Franklin Noel. Mpls.*

Date: February 18, 2005

Karen K Klein U.S.
MAGISTRATE JUDGE KAREN K. KLEIN

**RETURN**

**This commitment was received and executed as follows:**

DATE COMMITMENT ORDER RECEIVED: ____________

PLACE OF COMMITMENT: ____________

DATE DEFENDANT COMMITTED: ____________

DATE: ____________

UNITED STATES MARSHAL: ____________

(BY) DEPUTY MARSHAL: ____________

3

RECEIVED
BY MAIL
MAR 04 2005
CLERK US DIST COURT
MINNEAPOLIS MN

Initial Appearance
Fri., Feb. 18, 2005
3:50

THOMAS PHILLIP SAYERS

Judge Klein
Laurel Hanson
Darlene Jose
Kelly Riske

Lynn Jordheim
Doug Olson

Crt - calls case
Crt. advises dft. of his rights, and right to cnsl
Atty Bredahl was requested to remain for this hrg, having just finished a proceeding prior to this hrg; will be apptd for limited purpose of this hrg.
Dft has rec'd a copy of the Petition alleging a vio. of SR
Crt. advises dft of identity hrg.
Dft - wishes to waive an identity hrg.
Crt. accepts waiver as knowingly and voluntarily waived.
Hrg. on Wed., Feb. 23, 2005 @ 11:00 before Judge Franklin Noel in Mpls.

Atty Jordheim states Dist. of MN wishes dft be detained based on flight risk; atty Jordheim makes further comments.
Crt's comments on options re: det. hrg.
Dft wishes to ~~to~~ be returned to Dist. of MN
Crt. Orders dft be detained and be returned to MN & a det. hrg will possibly

The notes contained herein are the unofficial notes of the Courtroom Deputy Clerk and are for the Clerk's use only. An official transcript of the proceedings may be obtained from the court reporter, if so reported.

RECESS: 4:05 P.M.

2

RECEIVED BY MAIL

MAR 04 2005

CLERK US DIST COURT
MINNEAPOLIS MN

U.S. District Court
District of North Dakota (Southeastern)

CRIMINAL DOCKET FOR CASE #: 05-M -24-ALL

USA v. Sayers
Dkt# in other court: None

Filed: 02/18/05

Case Assigned to: Hon. Karen K. Klein

THOMAS PHILLIP SAYERS (1)
defendant

Jeff A. Bredahl
[COR LD NTC cja]
BREDAHL, FRISK & GOMPF
3431 4TH AVE S, SUITE 200
PO BOX 9706
FARGO, ND 58106-9706
701-298-9363

Pending Counts:

NONE

Terminated Counts:

NONE

| Complaints | Disposition |
|---|---|
| Alleged violation of Supervised Release, Dist. of MN | |

*CERTIFIED COPY*
Original Filed with Clerk of Court

ATTEST:
EDWARD J. KLECKER, CLERK
United States District Court
District of North Dakota

By [signature]
Deputy Clerk

Proceedings include all events.
3:05m 24-ALL USA v. Sayers

THOMAS PHILLIP SAYERS

defendant

========================

USA

plaintiff

U. S. Attorneys:

NONE

Proceedings include all events.
3:05m 24-ALL USA v. Sayers

| | | |
|---|---|---|
| 2/18/05 | -- | ARREST of deft Thomas Phillip Sayers on 2/18/05 (seal) [Entry date 03/01/05] |
| 2/18/05 | 1 | FAXED from Dist of MN: Copy of Petition on Supervised Release and Warrant (seal) [Entry date 03/01/05] |
| 2/18/05 | 2 | CLERK'S MINUTES OF INITIAL APPR: befHon. Karen K. Klein-Fgo: Dft detained as to Thomas Phillip Sayers; Dft advised of his rights and right to cnsl - Atty Bredahl will be apptd for this limited purpose - Dft has rec'd a copy of the Petition and wishes to waive an identity hrg - Crt accepts waiver as knowingly and voluntarily made - Hrg set on Wed., 2/23/05 @ 11:00 AM bef Judge Franklin Noel in Mpls - Atty Jordheim states Dist of MN requests dft be detained based on flight risk - dft requests to be returned to Dist of MN - Crt orders dft detained and will be returned to Dist of MN -RECESS (seal) [Entry date 03/01/05] |
| 2/18/05 | 3 | COMMITMENT by Hon. Karen K. Klein as to Thomas Phillip Sayers to District of MN (cc: all cnsl, USPO, 3 cert copies to USM) Copy FAXED to Clk's Ofc, Mpls (seal) [Entry date 03/01/05] |
| 3/1/05 | -- | TRANSMITTAL of cert copy of Docket Sheet, and Docs. 2 & 3, to Dist of MN, Richard Sletten, Clerk, US Dist Crt, 202 US Crthse, 300 S. 4th St., Mpls, MN 55415 (seal) [Entry date 03/01/05] |