**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: Arthur J. Boylan |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 00-285 ADM |
| | ) | Date: March 7, 2005 |
| **Thomas Phillip Sayers**, | ) | Court Reporter: None |
| | ) | Tape Number: 5-388-416 |
| Defendant. | ) | Time Commenced: 2:30 p.m. |
| | | Time Concluded: 2:35 p.m. |
| | | Time in Court: 5 Minutes |

____ **PRELIMINARY HRG ONLY** ____ **DETENTION HRG ONLY**

T **PRELIMINARY REVOCATION/DETENTION HRG** _____ **REMOVAL HRG**

APPEARANCES:

**Plaintiff**: Richard Newberry
Assistant U.S. Attorney

**Defendant:** Dan Scott
T FPD 9 CJA 9 Retained T Appointed

Interpreter: NA // English

On 9 Indictment 9 Information 9 Complaint Violation of 9 **Pre-trial Release** T **Supervised Release**

9 **Charges from other District** ______________________________________________

T Deft Ordered Detained - Govt to submit proposed order 9 Bond Continued 9 Moot Currently Srvg Sentence

Bond set in the amount of $____________________ with conditions, see Order Setting Conditions of Release.

9 Deft bound over to District Court of Minnesota
9 Deft removed to charging district and is ordered to appear before ________________on__________________.

9 Removal Order to be Issued 9 **No** Removal Order to be Issued 9 Commitment to Another District to be Issued

Additional Information: **Preliminary hearing waived. No contest to detention.**
**Final Revocation hearing is March 11, 2005 at 9:30 a.m. before Judge Ann D. Montgomery**.

s/Joan Flood
Signature of Judicial Assistant