A0 442 (Rev. 5/93) Warrant for Arrest

SECRET

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

V.

Thomas Phillip Sayers

## WARRANT FOR ARREST

CASE NUMBER: **CR 00-285 (1)** ADM

0541-0218-0649-0

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Thomas Phillip Sayers

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release.

Ordered by: Michael J. Davis, United States District Court Judge.

G. Schneider

(By) Gloria Schneider, Deputy Clerk

February 18, 2005 at Minneapolis, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________

Date of Arrest: ____________________

________________________
Name and Title of Arresting Officer

________________________
Signature of Arresting Officer

ARRESTED ON 2-18-05
ARRESTED BY USMS - Fargo
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. Lalumiere

FEB 18 1 22 PM '05