**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

THOMAS PHILLIP SAYERS,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Ann D. Montgomery
U.S. District Judge

Case No: 00-285(1)(ADM/RLE)
Date: March 11, 2005
Court Reporter: Tim Willette
Time Commenced: 9:00 a.m.
Time Concluded: 9:15 a.m.
Time in Court: 15 Minutes

## APPEARANCES:

Plaintiff: Joseph Walbran, Assistant U.S. Attorney
Defendant: Daniel Scott

## PROCEEDINGS:

**Revocation of Supervised Release - Final Hearing.**

Defendant admits allegations.

## ORDERED:

Defendant is sentenced to 60 days in the custody of the BOP with a term of supervised release to follow to its original expiration date.

Defendant is remanded to the custody of the U.S. Marshal..

s/Gertie Simon
Courtroom Deputy