PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Thomas Phillip Sayers**

**Docket No. 0:00CR00285-001(ADM)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Thomas Phillip Sayers** who was sentenced for Assault with a Dangerous Weapon on March 9, 2001, by the Honorable Ann D. Montgomery, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug and alcohol aftercare
- Mental health aftercare
- Mandatory drug testing

On February 26, 2004, conditions of supervised release were modified due to drug use to include:

- 25 hours community service
- No alcohol; not to enter establishment where alcohol is sold

On September 7, 2004, conditions of supervised release were modified due to drug use to include:

- 60 days home detention with electronic monitoring

On January 13, 2005, conditions of supervised release were modified due to drug use to include:

- 90 days in a community corrections center in lieu of 60 days home detention

On March 11, 2005, the defendant appeared for a revocation hearing due to drug use and failing to complete the community corrections center placement. He was sentenced to custody of the Bureau of Prisons for 60 days with supervised release until the original expiration date of January 1, 2006. The Court imposed the general terms and conditions along with the following special conditions:

- Drug and alcohol aftercare
- Mental health aftercare
- Mandatory drug testing
- Attend school at United Tribes Technical College in Bismarck, North Dakota, in May 2005

SCANNED
AUG 15 2005
U.S. DISTRICT COURT MPLS

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On July 2, 2005, the Mandan Police Department, Mandan, North Dakota, responded to a vandalism complaint. The defendant was identified as the individual who broke a car window. On July 6, 2005, a criminal complaint was filed in Morton County, North Dakota, charging the defendant with Criminal Mischief, a misdemeanor. On that same date, a warrant was issued. A court hearing is scheduled for August 16, 2005. The defendant denies that he was involved in this incident.

STANDARD CONDITION #1: The defendant shall not leave the judicial district without permission of the court or probation officer.

On July 25, 2005, the defendant reported he traveled to Grand Forks, North Dakota, without permission.

STANDARD CONDITION #7: The defendant shall refrain from excess use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

On July 4, 2005, the defendant was placed in detox by the Burleigh County Sheriff's Office, Bismarck, North Dakota. He was released the same day. The defendant reported he had several alcoholic drinks with other residents while residing at the United Tribes Technical College dorm. All of the individuals were taken to detox.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

The defendant shall take antabuse as approved and directed by the probation officer.

ORDER OF THE COURT

Considered and ordered this 15th day of August, 2005, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

for Joan L. White
U.S. Probation Officer

Executed on August 11, 2005
Place Bemidji

c: United States Sentencing Commission