Prob 49

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

United States v. Thomas Phillip Sayers

Docket No. 0:00CR00285-1(ADM)

## HEARING WAIVER

I, Thomas Phillip Sayers, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

The defendant shall take antabuse as approved and directed by the probation officer.

Signed:

Thomas Sayers

Thomas Phillip Sayers
Supervised Releasee

Dated: 8-10-2005

Witness:

Joan L. White

Joan L. White
U.S. Probation Officer

SCANNED
AUG 15 2005
U.S. DISTRICT COURT MPLS